Colonial

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Linda Davis*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): LINDA DAVIS
C. Date of Delivery: 5-30-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Paden West Properties, Inc.
Attn: Mr. Russell Long
225 Main Street, Suite 3
Destin, FL 32541

2:07cv442 (Cmplsum 20 dys)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 9365 2221

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Colonial

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Linda Davis*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): LINDA DAVIS
C. Date of Delivery: 5-30-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Russell E. Long
225 Main Street, Suite 3
Destin, FL 32541

2:07cv442-WHA (Cmplsum 20 dys)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 9365 2238

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540