# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| COLONIAL BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-442-WHA |
| ) | |
| RUSSELL LONG and PADEN WEST ) | |
| PROPERTIES, INC., ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, **Colonial Bank, N.A.** in the above-captioned matter and, in accordance with the order of the Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| The Colonial BancGroup, Inc. | Holding company of which Plaintiff, Colonial Bank, N.A. is a subsidiary. |

Respectfully submitted,

June 19, 2007    s/ Patrick L. W. Sefton
Date    Patrick L. W. Sefton
    Bar No.: ASB-8341-N47P
    Attorney for Plaintiff

>Sasser, Bolton & Sefton, P.C.
>P. O. Box 242127
>Montgomery, AL 36124-2127
>Phone:   (334) 532.3400
>Fax:       (334) 532.3434
>Email:   psefton@sasserlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **CONFLICT DISCLOSURE STATEMENT** has been e-filed using the CM/ECF system and served upon the following by placing a copy of the same in the United States Mail, with proper postage prepaid, on this the 19th day of June 2007.

    Russell T. Long
    225 Main Street, Suite 3
    Destin, FL  32541

    Paden West Properties, Inc.
    Attn:  Mr. Russell Long
    225 Main Street, Suite 3
    Destin, FL  32541

>s/ Patrick L. W. Sefton
>Patrick L. W. Sefton
>Bar No.: ASB-8341-N47P
>Attorney for Plaintiff
>Sasser, Bolton & Sefton, P.C.
>P. O. Box 242127
>Montgomery, AL 36124-2127
>Phone: (334) 532.3400
>Fax:      (334) 532.3434
>Email:  psefton@sasserlawfirm.com