IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| COLONIAL BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-442-WHA |
| ) | |
| RUSSELL LONG and PADEN WEST ) | |
| PROPERTIES, INC., ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT
## BY THE CLERK

Plaintiff, pursuant to Federal Rules of Civil Procedure 55(a), requests the United States District Court Clerk to enter default against Defendants, Russell Long and Paden West Properties, Inc., in the above entitled action for failure to plead, answer, or otherwise defend as set forth in the Affidavit attached hereto as Exhibit "A".

Respectfully submitted,

s/ Patrick L. W. Sefton
Patrick L. W. Sefton
Bar No.: ASB-8341-N47P
Attorney for Plaintiff
Sasser, Bolton & Sefton, P.C.
P. O. Box 242127
Montgomery, AL 36124-2127
Phone:  (334) 532.3400
Fax:    (334) 532.3434
Email:  psefton@sasserlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing **REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY THE CLERK** has been filed with the United States District Court for the Middle District of Alabama by placing a copy of the same in the United States Mail, with proper postage prepaid, on this the 12th day of September 2007:

Russell T. Long
225 Main Street, Suite 3
Destin, FL 32541

Paden West Properties, Inc.
Attn: Mr. Russell Long
225 Main Street, Suite 3
Destin, FL 32541

 

s/ Patrick L. W. Sefton
Patrick L. W. Sefton
Bar No.: ASB-8341-N47P
Attorney for Plaintiff
Sasser, Bolton & Sefton, P.C.
P. O. Box 242127
Montgomery, AL 36124-2127
Phone:    (334) 532.3400
Fax:   (334) 532.3434
Email:    psefton@sasserlawfirm.com

# EXHIBIT "A"

@PFDesktop\::ODMA/WORLDOX/K:/DOCLIB/37029/321/00101273.WPD

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| COLONIAL BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-442-WHA |
| | ) | |
| RUSSELL LONG and PADEN WEST | ) | |
| PROPERTIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF ALABAMA            )

COUNTY OF MONTGOMERY   )

Patrick L. W. Sefton, being duly sworn, deposes and says:

1. That he is attorney of record for the Plaintiff, and has personal knowledge of the facts set forth in this Affidavit.

2. That the Defendants, Russell Long and Paden West Properties, Inc., were duly served with a copy of the Summons and Plaintiff's Complaint, on May 30, 2007.

3. That more than twenty days have elapsed since the date on which the said Defendants were served with the Summons and a copy of the Complaint.

4. That the Defendants have failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense which they might have upon the undersigned attorney of record for the Plaintiff.

5. That this Affidavit is executed by Affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain

an entry of default against the Defendants for their failure to answer or otherwise defend as to the Plaintiff's Complaint.

_____
Patrick L.W. Sefton (SEF001)

**STATE OF ALABAMA**       )

**COUNTY OF MONTGOMERY**   )

SWORN to and SUBSCRIBED before me this 12th day of September 2007.

[SEAL]

_____
Notary Public
My Commission expires:
_May 11, 2011_____