IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COLONIAL BANK, N.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-442-WHA |
| | ) |
| RUSSELL LONG and PADEN WEST PROPERTIES, INC., | ) ) ) |
| | ) |
| Defendants. | ) ) |

ENTRY OF DEFAULT

It appearing that defendants Russell Long and Paden West Properties, Inc., were duly served with a copy of the summons and complaint on May 30, 2007, and said defendants have failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on September 12, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendants, Russell Long and Paden West Properties, Inc.

DONE THIS  13th  day of   September  , 2007.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA