IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| COLONIAL BANK, N.A. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:07-cv-00442-WHA |
| RUSSELL LONG and<br>PADEN WEST PROPERTIES, INC. | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF JUDGMENT

I, Debra P. Hackett, Clerk of the United States District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 17th day of September, 2007, judgment was rendered in favor of the Plaintiff, Colonial Bank, N.A., and against the Defendant, Paden West Properties, Inc., in the amount of Three Thousand Four Hundred Ninety-three and 76/100 Dollars ($3,493.76), and in favor of the Plaintiff, Colonial Bank, N.A., against the Defendant, Russell Long, in the amount of Five Hundred Forty-one Thousand One Hundred Twenty-seven and 09/100 Dollars ($541,127.09), for which execution may issue. Costs are taxed against the Defendants, jointly and severally.

I do further certify that Patrick Ladd Wheeler Sefton of the firm Sasser, Bolton & Sefton, PC, 100 Colonial Bank Boulevard, Suite B 201, P. O. Box 242127, Montgomery, AL 36124-2127, is the attorney of record for the plaintiff.

WITNESS my hand and seal of this court on this 30th day of October, 2007.

DEBRA P. HACKETT, CLERK
United States District Court
for the Middle District of Alabama

By: *[signature]*
Deputy Clerk

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001004
Cashier ID: brobinso
Transaction Date: 10/30/2007
Payer Name: SASSER BOLTON SEFTON
----------------------------------------
CERTIFICATION OF DOCUMENT
 For: SASSER BOLTON SEFTON
 Amount:          $9.00
CERTIFICATION OF DOCUMENT
 For: SASSER BOLTON SEFTON
 Amount:          $9.00
CERTIFICATION OF DOCUMENT
 For: SASSER BOLTON SEFTON
 Amount:          $9.00
CERTIFICATION OF DOCUMENT
 For: SASSER BOLTON SEFTON
 Amount:          $9.00
CERTIFICATION OF DOCUMENT
 For: SASSER BOLTON SEFTON
 Amount:          $9.00
----------------------------------------
CHECK
 Check/Money Order Num: 9638
 Amt Tendered: $45.00
----------------------------------------
Total Due:       $45.00
Total Tendered:  $45.00
Change Amt:      $0.00

FOR CERTIFIED JUDGMENTS IN CASE
2:07-CV-442-WHA
```